# UNITED STATES DISTRICT COURT

### DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | 4:14MJ3044 (NE) | |
| ) | 2013 CF3 020673 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| ANTHONY L BELT, ) | | |
| ) | Magistrate Judge Cheryl R. Zwart | |
| Defendant. ) | | |

# RULE 5 ORDER

A Complaint and Warrant having been filed in the Superior Court of the District of Columbia charging the above-named defendant with Failure to Appear for Probation Show Cause Hearing, and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20. Additionally, defendant

___   Was given an identity hearing and found to be the person named in the aforementioned charging document

_x_   Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document. **Note: Explained is actual name is Louis Anthony Belt—but admitted he was the person described in the charging documents underlying the warrant.**

_X_   Waived his right to a preliminary examination

___   The government did not move for detention

___   Was afforded a preliminary examination in accordance with Fed.R.Cr.P.5.1 and, from the evidence it appears that there is probable cause to believe that an offense has been committed and that the defendant committed it.

_X_   Knowingly and voluntarily waived a detention hearing in this district and reserved his/her right to a detention hearing in the charging district.

___   Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

_x_    Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed.

___    Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.  The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.  All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

IT IS SO ORDERED.

DATED in Lincoln, Nebraska this 2nd day of July, 2014.

                                                s/ Cheryl R. Zwart
                                                United States Magistrate Judge